PROB 35
(Rev. 6/17)

# Report and Order Terminating Probation/Supervised Release
# Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

12·5      20 17

Deputy Clerk

UNITED STATES OF AMERICA

v.

Christina L. Torres

Crim. No. 4:17CR00034-1

On October 17, 2017, the above named was placed on probation for a period of six months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Christina L. Torres be discharged from supervision.

Respectfully submitted,

Ervin G. Frazier, II
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this   4TH   day of December, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

12·5      20 17

Deputy Clerk